UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JIMMIE EARL JONES,

Plaintiff,

v.

CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES, et al.,

Defendants.

Case No. 26-cv-01094-NW

**JUDGMENT**

Pursuant to the dismissal order filed earlier today, this matter is **DISMISSED WITH PREJUDICE** as duplicative.

**IT IS SO ORDERED.**

Dated:  May 20, 2026

_____
Noël Wise
United States District Judge

United States District Court
Northern District of California